FILED 17 JUL '19 10:42 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:19-CR-310-AA |
| v. | INDICTMENT |
| ANTONIO VASQUEZ-REYES, | 8 U.S.C. § 1326 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Illegal Reentry)
(8 U.S.C. § 1326)

On or about December 17, 2018, in the District of Oregon, defendant **ANTONIO VASQUEZ-REYES**, an alien and citizen of Mexico, was found in the United States having previously been arrested and denied admission, excluded, deported, and removed from the United States as an alien on March 2, 2016, and defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States, or his

\\\

\\\

\\\

successor, the Secretary of Homeland Security, to his reapplying for admission to the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326.

DATED this 17th day of July, 2019.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
PAMELA PAASO
Assistant United States Attorney